## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JASON JAMES HYATT,

      Plaintiff,

                                      Case No.  16-cv-383-wmc

  v.

PORTAGE COUNTY SHERIFF MIKE
LUKAS, CAPTAIN CORY NELSON and
SERGEANT BOETTCHER,

      Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


| | |
|---|---|
| /s/ | 9/17/2019 |
| Peter Oppeneer, Clerk of Court | Date |