UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF WISCONSIN

JASON J. HYATT,
    PLAINTIFF-APPELLANT, *pro se*,

v.                                USDC CASE NO. 16-cv-383-wmc

PORTAGE COUNTY SHERIFF MIKE LUKAS, *et al.*,
    DEFENDANT-APPELLEES.

## NOTICE OF APPEAL

Notice is hereby given that Jason J. Hyatt, Plaintiff in the above-captioned matter, appeals to the United States District Court / United States Court of Appeal for Seventh Circuit from the final judgment entered in this action on September 17, 2019.

Plaintiff, an indigent *pro se* prisoner-litigant, had delivered to prison officials a subsequent Motion to Alter or Amend the Judgment (Dkt. #133) on October 15, 2019, which was not transmitted or entered until October 16, 2019. The Court apparently refused the motion as untimely, but failed to inform Hyatt of that decision. Through communication with opposing counsel Hyatt inadvertently discovered that this was the case, thus Plaintiff respectfully requests this notice be considered to be timely.

Signed: /s/

Jason J. Hyatt 372470
Waupun Correctional Institution
PO Box 351
Waupun, WI 53963

Dated: 1/17/2020
January 17, 2020