IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON JAMES HYATT,

     Plaintiff,                                  ORDER

   v.

                                        Case No.  16-cv-383-wmc

LUKAS, et al                               App. No.  20-1114

     Defendants.

On April 16, 2021, I assessed plaintiff Jason James Hyatt  an initial partial payment of the appeal filing fee in the amount of $41.78 to be submitted by May 10, 2021.  Now plaintiff has filed a motion to use release account funds to pay the initial partial appeal fee in this case. Plaintiff's motion is granted.

The only amount plaintiff must pay at this time is the $41.78 initial partial appeal payment.  Before officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account up to the full amount plaintiff owes.

Since plaintiff has not yet paid the $41.78, an enlargement of time until May 21, 2021 is provided to pay the initial partial appeal fee.

ORDER

IT IS ORDERED that,

1.     Plaintiff Jason James Hyatt's motion for use of release account funds to pay the initial partial appeal fee in this case is GRANTED.

2.     Plaintiff may have until May 21, 2021, to submit a check or money order made payable to the clerk of court in the amount of $41.78.  If by May 21, 2021, plaintiff fails to make the initial partial appeal payment or show cause for failure to do so, the clerk's office will

notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 30th day of April, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge